11⁷

UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:                                          CASE NO.   97-05137-S

   LETICIA ROSARIO VAZQUEZ
   ANGEL L ANAYA RIVERA          00 NOV 30  P 2: 17  CHAPTER 13

                                  US BANKRUPTCY COURT
DEBTOR                              FOR THE DISTRICT OF
_____       PUERTO RICO

TRUSTEE'S MOTION TO DISMISS

TO THE HONORABLE COURT:

The debtor has failed to make payments called for in the confirmed
plan dated January 27, 1998  .  The debtor is in arrears the sum of
$    1,800.00 .

There has been unreasonable delay on the part of the debtor that is
prejudicial to creditors.

WHEREFORE trustee moves that case be dismissed.

NOTICE AND HEARING

TAKE NOTICE that unless you oppose this treatment and file an
opposition within 30 days, the court may grant the same without
the need for a further hearing.  (LOCAL B.R.  9013).

CERTIFICATE OF RECEIPTS

I CERTIFY my records as of:  November 29, 2000

The amount that should have been paid is: $    6,300.00
RECEIPTS:                                  $    4,500.00

LAST DATE PAYMENT RECEIVED:  October 4, 2000

I CERTIFY that on this same date I have mailed a true copy of this motion
to all creditors as per attached master list and to:

   *ROBERTO FIGUEROA CARRASQUILL*        LETICIA ROSARIO VAZQUEZ
                                         ANGEL L ANAYA RIVERA
   PO BOX 193677                         PO BOX 11998
   SAN JUAN PR                           SUITE 108
                                         CIDRA PR
            00919-3677                                      00739

In San Juan, Puerto Rico this 30 day of November , 2000

                                    _____
                                    RAMON F. LOPEZ, TRUSTEE
                                    P.O. BOX 70370
 wp                                 SAN JUAN, PR 00936-8370
                                    TEL.:  977-3500

                                              34

                                         12/4/00

he undersigned hereby certifies that a true copy of the foregoing document was
ailed by first class mail to the parties listed below:

---

| | | | |
|---|---|---|---|
| AMON F LOPEZ<br>. O. BOX 70370<br>AN JUAN PR | 00936 | CELESTINO MATTA<br>U. S. POST OFF. & COURTHOUSE BL<br>SUITE 109, 300 RECINTO SUR<br>OLD SAN JUAN, PR | 00901 |

---

| | | | |
|---|---|---|---|
| ROBERTO FIGUEROA CARRASQUILL*<br>O BOX 193677<br>AN JUAN PR | 00919 | DEPARTMENT OF TREASURY<br>BANKRUPTCY SECTION (424 B)<br>P. O. BOX 9024140<br>SAN JUAN, PUERTO RICO | 00902 |

---

| | | | |
|---|---|---|---|
| NTERNAL REVENUE SERVICE<br>ERCANTIL PLAZA<br>DA 27 1/2 P DE LEON OFIC 914<br>AN JUAN PR | 00918 | DEPARTMENT OF LABOR<br>BUREAU OF EMPLOYMENT<br>505 MUNOZ RIVERA<br>SAN JUAN PR | 00919 |

---

| | | | |
|---|---|---|---|
| UEBLERIAS BERRIOS<br>O BOX 674<br>IDRA PR | 00739 | RURAL DEVELOPMENT<br>201 AVE GAUTIER BENITEZ<br>STE 406 BOX 17<br>CAGUAS PR | 00725 |

---

| | | | |
|---|---|---|---|
| SSOCIATES FINANCE<br>11 CARR 174 SUITE 2<br>NDUSTRIAL MINILLAS PARK<br>AYAMON PUERTO RICO | 00959 | BANCO BILBAO VIZCAYA<br>PO BOX 364745<br>SAN JUAN PR | 00936 |

---

| | | | |
|---|---|---|---|
| ITIBANK (SOUTH DAKOTA) N. A.<br>/O CCSCI INC<br>O BOX 71458<br>AN JUAN PR | 00936 | CITIBANK NA<br>PO BOX 71458<br>SAN JUAN PR | 00936 |

---

| | | | |
|---|---|---|---|
| OMMOLOCO, INC.<br>O BOX 363769<br>AN JUAN, PUERTO RICO | 00936 | CORTELCO PUERTO RICO INC<br>PO BOX 363665<br>SAN JUAN PR | 00936 |

---

| | | | |
|---|---|---|---|
| SLAND FINANCE CORP<br>F CAYEY<br>O BOX 1305<br>AYEY PR | 00737 | ASSOCIATES FINANCE<br>BANKRUPTCY AREA<br>111 CARR 174 SUITE 2<br>IND MINILLAS PARK BAYAMON PR | 00959 |

---

| | | | |
|---|---|---|---|
| URAL DEVELOPMENT<br>/O AGNES CORDERO ESQ<br>OOM 452 FED BLDG CARLOS CHARD<br>ATO REY PR | 00918 | BANCO BILBAO VIZCAYA<br>C/O MONTANEZ & ALICEA<br>500 MUNOZ RIVERA STE 211-214<br>SAN JUAN PR | 00918 |

---

| | |
|---|---|
| EPARTMENT OF TREASURY<br>ANKRUPTCY SECTION (424 B)<br>O BOX 2501<br>AN JUAN PR | 00902 |

---

| | |
|---|---|
| ETICIA ROSARIO VAZQUEZ and ANGEL L ANAYA RIVERA<br>O BOX 11998<br>UITE 108<br>IDRA PR | 00739 |

---

ATED: November 30, 2000

<u>BARBARA CRUZ</u>
OFFICE OF THE CHAPTER 13 TRUSTEE